IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 JUL -6 P 3: 07

CLERK_____
SO. DIST OF GA.

VADA TAYLOR,                        )
                                    )
          Plaintiff,                )
                                    )
     v.                             )        CV 321-014
                                    )
P.A. MURRY, P.A. Medical Staff; NURSE )
POOLE; UNIT MANAGER WINTERS; and    )
TSP MEDICAL STAFF,                  )
                                    )
          Defendants.               )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion

and **DISMISSES** Defendant TSP Medical Staff, along with all official capacity claims for

money damages against all Defendants. The case shall proceed against Defendants Murry,

Nurse Poole, and Unit Manager Winters as described in the Magistrate Judge's June 10, 2021

Order. (See doc. no. 8.)

SO ORDERED this _6th_ day of July, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE