IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| VADA TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) CV 321-014 |
| P.A. MURRY, P.A. Medical Staff; NURSE POOLE; UNIT MANAGER WINTERS, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendant Nurse Poole for failure to timely effect service. The case shall proceed against Defendants Murry and Winters as described in the Magistrate Judge's June 10, 2021 Order. (Doc. no. 8.)

SO ORDERED this 3rd day of November, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE