IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| VADA TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 321-014 |
| BEVERLEY MURRAY and MISTY WINTER, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 27), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate judgment and **CLOSE** this case.

SO ORDERED this 3rd day of January, 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE